MARK S. CARLQUIST, ESQ. SB#096341
654 North Santa Cruz Ave., Suite E
Los Gatos, CA  95030
Telephone: (408) 354-1955
Facsimile: (408) 354-2127

Attorney for Defendants Batista S. Vieira
And Dolores M. Vieira, Trustees

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JASON CLARE,<br><br>    Plaintiff,<br><br>vs.<br><br>OCB RESTAURANT COMPANY, LLC, a Minnesota Limited Liability Company, formerly dba OCB RESTAURANT CO., a Minnesota corporation, dba HOMETOWN BUFFET, BATISTA S. VIEIRA, Trustee, and DOLORES M. VIEIRA, Trustee of the Vieira Revocable Living 2004 Trust, and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | **CASE NO.  1:07-CV-00627-LJO-SMS**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

**TO THE COURT AND TO ALL PARTIES WITH AN INTEREST HEREIN:**

Plaintiff Jason Clare and Defendants Batista S. Vieira, Trustee, and Dolores M. Vieira, Trustee, through their attorneys undersigned, stipulate and agree that Defendants Batista S. Vieira, Trustee, and Dolores M. Vieira, Trustee shall have up to and including June 14, 2007 to respond to Plaintiff's Complaint.

/ / / / /

/ / / / /

---

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

1

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: May 17, 2007 | **SINGLETON LAW GROUP** |
| 2 | | |
| 3 | | By: /s/ Richard E. Grabowski, Esq. |
| | | Richard E. Grabowski, Esq. |
| 4 | | Attorneys for Plaintiff, Jason Clare |
| 5 | | |
| 6 | Dated: May 17, 2007 | **LAW OFFICE OF MARK CARLQUIST** |
| 7 | | By: /s/ Mark S. Carlquist, Esq. |
| | | Mark Carlquist, Esq. |
| 8 | | Attorney for Defendants, |
| 9 | | Batista S. Vieira, Trustee, and |
| | | Dolores M. Vieira, Trustee |

**ORDER**

IT IS SO ORDERED.

Dated: 5/24/2007     /s/ Sandra M. Snyder
JUDGE OF THE UNITED STATES DISTRICT COURT

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

2

PDF created with pdfFactory trial version www.pdffactory.com