# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CLARE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>OCB RESTAURANT COMPANY,<br>LLC, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. CV F 07-0627 LJO SMS<br>**(New case number CV F 07-0627 SMS)**<br><br>**AMENDED ORDER TO FILE MAGISTRATE<br>JUDGE CONSENT FORM**[1] |

　　　The parties' counsel indicated that they consent to the conduct of all further proceedings, including trial, before a United States Magistrate Judge. Accordingly, this Court ORDERS the parties' counsel to obtain a Consent to Exercise of Jurisdiction by a United States Magistrate Judge ("consent form"), which is available from this Court's webpage at http://207.41.18.73/caed/staticOther/page_947.htm. This Court further ORDERS the parties' counsel, no later than October 25, 2007, to sign and date the consent form and then file the consent form with this Court.

　　　If the parties experience problems to obtain a consent form, they are to contact Candice Hutcheson at (559) 499-5632 for assistance.

　　　**All further papers shall bear the new case number CV F 07-0627 SMS.**

IT IS SO ORDERED.

**Dated:   October 12, 2007**　　　　　　　　　　/s/ Lawrence J. O'Neill

---

[1] The prior consent form order referred to a mistaken defendant in its caption and included a mistaken reference to judge's initials for future filings.

1

1                                                              UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28