**Jason K. Singleton,** State Bar #166170
lawgroup@sbcglobal.net
**Richard E. Grabowski,** State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX  441-1533**

**Attorney for Plaintiff, JASON CLARE**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| **JASON CLARE,** | ) Case No.  1:07-cv-00627 SMS |
| **Plaintiff,** | ) **STIPULATION OF DISMISSAL WITH** |
| **v.** | ) **PREJUDICE AND ORDER** |
| **OCB RESTAURANT COMPANY, LLC, a Minnesota Limited Liability Company, formerly dba OCB RESTAURANT CO., a Minnesota corporation, dba HOMETOWN BUFFET, BATISTA S. VIEIRA, Trustee, and DOLORES M. VIEIRA, Trustee of the Vieira Revocable Living 2004 Trust, and DOES ONE through FIFTY, inclusive,** | ) ) ) ) ) ) ) ) ) ) |
| **Defendants.** | ) |

Plaintiff **JASON CLARE** and Defendants **OCB RESTAURANT COMPANY, LLC, a Minnesota Limited Liability Company, formerly dba OCB RESTAURANT CO., a Minnesota corporation, dba HOMETOWN BUFFET, BATISTA S. VIEIRA, Trustee, and DOLORES M. VIEIRA, Trustee of the Vieira Revocable Living 2004 Trust** (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.    The Parties have agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

2.    Accordingly, the Parties jointly request the Court to dismiss this action with

PDF created with pdfFactory trial version www.pdffactory.com

1  prejudice.

2

3                                        **SINGLETON LAW GROUP**

4
   Dated:        November 6, 2007         /s/ Jason K. Singleton
5                                         Jason K. Singleton,
                                          Richard E. Grabowski, Attorneys for Plaintiff,
6                                         **JASON CLARE**

7                                        **KIRBY NOONAN LANCE & HOGE LLP**

8

9  Dated:        November 13, 2007         /s/ Lauren E. Butz
                                          Charles T. Hoge
10                                        Lauren E. Butz
                                          Attorneys for Defendant **OCB RESTAURANT**
11                                        **COMPANY LLC., a Minnesota Limited Company,**
                                          **dba HOMETOWN BUFFET**
12

13                                       **LAW OFFICE OF MARK CARLQUIST**

14

15 Dated:        November 12, 2007         /s/ Mark S. Carlquist
                                          Mark S. Carlquist
16                                        Attorney for Defendants, Cross-Complainants
                                          and Cross-Defendants **BATISTA S. VIEIRA,**
17                                        **DOLORES M. VIEIRA, TRUSTEES**

18

19                       **ORDER OF DISMISSAL WITH PREJUDICE**

20        Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause

21 appearing, it is hereby ORDERED:

22        1.    The action CLARE vs. OCB RESTAURANT COMPANY, et al., Case Number

23 **1:07-cv-00627 SMS**, is dismissed with prejudice with each party to bear their own attorneys

24 fees and costs.

25
   Dated:  11/15/2007                      /s/ Sandra M. Snyder
26                                        SANDRA M. SNYDER
                                          UNITED STATES MAGISTRATE JUDGE
27

28

PDF created with pdfFactory trial version www.pdffactory.com